

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOEVONNE PRINCE JUAREZ | § | No. 08-23-00297-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 144th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CR0616) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.